```
DANIEL J. BRODERICK, Bar # 89424
Federal Defender
ALLISON CLAIRE, Bar #170138
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Petitioner
JON ERIC HOLLEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON ERIC HOLLEY, | NO. CIV S-02-0310 RRB JFM P |
| Petitioner, | |
| v. | **CERTIFICATE OF APPEALABILITY** |
| MICHAEL YARBOROUGH, Warden, | |
| Respondent. | |

Under authority of Title 28 United States Code section 2253(c) and Federal Rule of Appellate Procedure 22(b)(1), the Court hereby certifies that there is cause for an appeal in the above-entitled case. Accordingly, a certificate of appealability is granted as to the following issues:

1. Did the trial court violate Mr. Holley's federal constitutional rights to present a defense, to cross-examine witnesses, and to a fair trial, by excluding evidence that the child victim had told certain defense witnesses that other people had committed, or attempted to commit, sexual misconduct with her?

*Holley v. Yarborough*　　　　　　　　　　　　　　　　*Certificate of Appealability*
*CIV S-02-0310 RRB JFM P*

2. Did the trial court violate Mr. Holley's federal constitutional right to due process by improperly admitting evidence of sexually explicit material and weapons found in his home?

3. Did the trial court violate Mr. Holley's due process rights by instructing the jury that petitioner's statement regarding the guns could be considered a false statement indicating consciousness of guilt?

4. Did the trial court violate Mr. Holley's due process rights by permitting the prosecution to question a defense witness about an incident in which petitioner was accused of battering her, and then admitting extrinsic evidence of the allegation on rebuttal?

IT IS SO ORDERED.

Dated: 1/8/08

HON. RALPH R. BEISTLINE
United States District Judge