UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA


<u>HOLLEY</u>   v.   <u>YARBOROUGH</u>

DATE:   <u>July 9, 2009</u>   CASE NO.   <u>2:02-CV-0310-RRB-JFM</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**REVERSING CONVICTION AND ORDERING RELEASE**

---

Pursuant to the Judgment of the United States Court of Appeals for the Ninth Circuit, entered June 16, 2009, with Mandate effective July 8, 2009, Petitioner-Appellant's conviction in this matter is hereby **REVERSED**.  Petitioner Jon Eric Holley shall be **RELEASED FROM CUSTODY FORTHWITH.**